MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
335 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**CHAD A. BOARDMAN**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHAD A. BOARDMAN,<br><br>Defendant. | Case No. 6:16-mj-010-MJS<br><br>**WAIVER OF DEFENDANT'S PERSONAL PRESENCE;  ORDER THEREON**<br><br>Date:   February 23, 2016<br>Time:  9:00 A.M.<br>Dept:  Yosemite Magistrate Court |

TO THE ABOVE-ENTITLED COURT:

The Defendant Chad A. Boardman ("Mr. Boardman") having been advised of his right to be present at all stages of proceedings, including, but not limited to, presentation of and arguments on questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the right to be present at the hearing of any motion or other proceeding in this cause.  Examples of hearings concerning which the defendant waives the right to be present include initial appearance, when the case is set for trial, when a continuance is ordered, during a plea or change of plea, during sentencing or any case disposition, when a motion for reduction of bail or for a personal recognizance release is heard.

1  The undersigned Defendant request the Court to proceed during every absence of the
2  Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interest
3  is represented at all times by the presence of his attorney the same as if the Defendant were
4  personally present in court, and further agrees that notice to Defendant's attorney that
5  Defendant's presence in court on a particular day at a particular time is required is notice to the
6  Defendant of the requirement of Defendant's appearance at that time and place.

7  Mr. Boardman is 40 years old and has no prior criminal record.

8  Mr. Boardman currently resides in San Diego, California. San Diego, as I'm sure the
9  court is aware, is located approximately 432 miles from Yosemite National Park (YNP). He was
10 on vacation at YNP when this incident occurred. He is unable to appear in person at the
11 scheduled hearing on February 23, 2016 at 9:00 a.m., due to a number of reasons.

12 Mr. Boardman would suffer a number of professional, personal and financial hardships if
13 he had to return to YNP for the arraignment in this matter.

14 He is currently employed at Freight Aces. He is the owner of business, which has been in
15 operation for 13 years.

16 Mr. Boardman's job duties include, but are not limited to, the following: handling all
17 company expenses and job requests; driving to and back from the office on a daily basis;
18 booking freight shipments; answering customer calls and emails; moving trucks around the yard
19 and delivering loads.

20 In order to attend court, he would have to miss at least three days of work for travel and
21 attendance at the court hearing.

22 The travel expenses he would have to incur would include rental car expenses and gas to
23 travel to and from the park, as well as lodging and meals.

24 ///
25 ///
26 ///
27 ///
28 ///

Accordingly, Mr. Boardman requests a telephonic initial appearance and a waiver of personal appearance at all status conferences.

Counsel has been informed by Matthew McNease that the Park Service is not objecting to Mr. Boardman appearing via Rule 43 waiver.

DATED: February 19, 2016            /s/ Chad A. Boardman_____
                                    Chad A. Boardman, Defendant


DATED: February 19, 2016            /s/ Michael E. Mitchell_____
                                    Michael E. Mitchell
                                    Attorney for Defendant


**ORDER**

**GOOD CAUSE APPEARING,** the proposed Order in 6:16-mj-010-MJS is hereby approved and adopted as the Order of the Court. The Defendant's appearance may be waived until further order.

IT IS SO ORDERED.

Dated:   February 19, 2016           /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE