| | |
|---|---|
| Susan St. Vincent<br>Legal Officer<br>NATIONAL PARK SERVICE<br>Legal Office<br>P.O. Box 517<br>Yosemite, California 95389<br>Telephone: (209) 372-0241 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CHAD AARON BOARDMAN<br><br>        Defendant. | No. 6:16-MJ-0010-MJS<br><br>**MOTION TO VACATE; AND ORDER THEREON** |

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for July 11, 2017. To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court on August 24, 2016.

.

| | |
|---|---|
| Dated: July 7, 2017 | NATIONAL PARK SERVICE<br><br> /S/ Susan St. Vincent_____<br>Susan St. Vincent<br>Legal Officer |

1

## ORDER

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for July 11, 2017 in the above referenced matter, *United States v. Boardman* 6:16-mj-0010-MJS, be vacated.

IT IS SO ORDERED.

Dated: July 7, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE