Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CHAD A. BOARDMAN,<br><br>        Defendant. | No. 6:16-MJ-0010-MJS<br><br>**MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |

The United States, by and through its representative, Susan St. Vincent, hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for July 11, 2018. To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court on August 24, 2016.

Dated: July 10, 2018                NATIONAL PARK SERVICE

                                 /S/ Susan St. Vincent
                                Susan St. Vincent
                                Legal Officer

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for July 11, 2018, in the above referenced matter, *United States v. Boardman, 6:16-mj-0010-MJS*, be vacated.

IT IS SO ORDERED.

Dated:   July 11, 2018                                           _____
                                                                                UNITED STATES MAGISTRATE JUDGE